## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |  |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, | § § § | Case No. |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § § | |
| TYLER TECHNOLOGIES, INC., | § § § | |
| Defendant. | § § § § § § | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff AGIS Software Development LLC ("AGIS Software" or "Plaintiff") files this Complaint against Defendant Tyler Technologies, Inc. ("Tyler" or "Defendant") for patent infringement under 35 U.S.C. § 271 and alleges as follows:

## THE PARTIES

1.      Plaintiff AGIS Software is a limited liability company, organized and existing under the laws of the State of Texas, and maintains its principal place of business at 100 West Houston Street, Marshall, Texas 75670. AGIS Software is the owner of all right, title, and interest in and to U.S. Patent Nos. 9,445,251, 9,467,838, 9,820,123, and 9,749,829 (the "Patents-in-Suit").

2.      Defendant Tyler is a Delaware corporation with an office at 5101 Tennyson Parkway, Plano, Texas 75024. On information and belief, Defendant may be served with process through its registered agent(s): Corporation Service Company, 211 East 7th Street, Suite 620, Austin, Texas 78701.

3.      On information and belief, Defendant directly and/or indirectly develops, designs, manufactures, uses, distributes, markets, offers for sale, and/or sells infringing products and

services in the United States, including in the Eastern District of Texas, and otherwise directs infringing activities to this District in connection with its products and services.

## JURISDICTION

4.     This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a), and 1367.

5.     This Court has specific and personal jurisdiction over Defendant in this action because Defendant has committed acts within this Judicial District giving rise to this action and has established minimum contacts with this forum, such that the exercise of jurisdiction over Defendant would not offend traditional notions of fair play and substantial justice. Defendant conducts business and has committed acts of patent infringement and/or has induced acts of patent infringement by others in this Judicial District and/or has contributed to patent infringement by others in this Judicial District, the State of Texas, and elsewhere in the United States by, among other things, offering to sell and selling products and/or services that infringe the Patents-in-Suit. Defendant has purposefully and voluntarily availed itself of the privileges of conducting business in the United States, the State of Texas, and this District by continuously and systematically placing goods into the stream of commerce through an established distribution channel with the expectation that they will be purchased by consumers in this District. Defendant, directly and/or through intermediaries (including distributors, sales agents, and others) ships, distributes, sells, offers to sell, imports, advertises, makes, and/or uses its products (including, but not limited to, the products accused of infringement here) in the United States, the State of Texas, and this District. Defendant is subject to this Court's jurisdiction pursuant to due process and/or the Texas Long Arm Statute due at least to its substantial business in this State and Judicial District, including

(a) at least part of its past infringing activities, (b) regularly doing or soliciting business in the State of Texas, and/or (c) engaging in persistent conduct and/or deriving substantial revenue from goods and services provided to customers in Texas.

6.    Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391 and 1400(b) because Defendant has regular and established places of business in this Judicial District. For example, Defendant has an office at 5101 Tennyson Parkway, Plano, Texas 75024. Defendant, through its own acts and/or through the acts of others, makes, uses, sells, distributes, exports from, imports, and/or offers to sell infringing products within this Judicial District, regularly does and solicits business in this Judicial District, and has the requisite minimum contacts with this Judicial District, such that this venue is a fair and reasonable one.

## **PATENTS-IN-SUIT**

7.    On September 13, 2016, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,445,251 (the "'251 Patent") entitled "Method to Provide Ad Hoc and Password Protected Digital and Voice Networks." On June 8, 2021, the United States Patent and Trademark Office issued an Ex Parte Reexamination Certificate of the '251 Patent determining Claims 1-35 to be valid and patentable. A true and correct copy of the '251 Patent, which includes the June 8, 2021 Ex Parte Reexamination Certificate, is attached hereto as Exhibit A.

8.    On October 11, 2016, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,467,838 (the "'838 Patent") entitled "Method to Provide Ad Hoc and Password Protected Digital and Voice Networks." On May 27, 2021, the United States Patent and Trademark Office issued an Ex Parte Reexamination Certificate of the '838 Patent determining Claims 1-84 to be valid and patentable. A true and correct copy of the '838 Patent, which includes the May 27, 2021 Ex Parte Reexamination Certificate, is attached hereto as Exhibit B.

9.     On November 14, 2017, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,820,123 (the "'123 Patent") entitled "Method to Provide Ad Hoc and Password Protected Digital and Voice Networks."  On September 24, 2021, the United States Patent and Trademark Office issued an Ex Parte Reexamination Certificate for the '123 Patent confirming the validity and patentability of Claims 1-48. A true and correct copy of the '123 Patent, which includes the September 24, 2021 Ex Parte Reexamination Certificate, is attached hereto as Exhibit C.

10.     On August 29, 2017, the United States and Trademark Office duly and legally issued U.S. Patent No. 9,749,829 (the "'829 Patent") entitled "Method to Provide Ad Hoc and Password Protected Digital and Voice Networks." On August 16, 2021, the United States Patent and Trademark Office issued an Ex Parte Reexamination Certificate for the '829 Patent confirming the validity and patentability of Claims 1-68. A true and correct copy of the '829 Patent, which includes the August 16, 2021 Ex Parte Reexamination Certificate, is attached hereto as Exhibit D.

11.     AGIS Software is the sole and exclusive owner of all right, title, and interest in the Patents-in-Suit, and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit. AGIS Software also has the right to recover all damages for past, present, and future infringement of the Patents-in-Suit and to seek injunctive relief as appropriate under the law.

## FACTUAL ALLEGATIONS

12.     Malcolm K. "Cap" Beyer, Jr., a graduate of the United States Naval Academy and a former U.S. Marine, is the CEO of AGIS Software and a named inventor of the AGIS Software patent portfolio. Mr. Beyer founded Advanced Ground Information Systems, Inc. ("AGIS, Inc.") shortly after the September 11, 2001 terrorist attacks because he believed that many first responder

and civilian lives could have been saved through the implementation of a better communication system. He envisioned and developed a new communication system that would use integrated software and hardware components on mobile devices to give users situational awareness superior to systems provided by conventional military and first responder radio systems.

13.    AGIS, Inc. developed prototypes that matured into its LifeRing system. LifeRing provides first responders, law enforcement, and military personnel with what is essentially a tactical operations center built into hand-held mobile devices. Using GPS-based location technology and existing or special-purpose cellular communication networks, LifeRing users can exchange location, heading, speed, and other information with other members of a group, view each other's locations on maps and satellite images, and rapidly communicate and coordinate their efforts.

14.    AGIS Software was formed in 2017 and maintains two offices located in the State of Texas, at 100 W. Houston Street, Marshall, Texas 75670 and at 2226 Washington Avenue, #2, Waco, Texas 76702. AGIS Software also maintains a data center in Marshall, Texas.

15.    Mr. Beyer has maintained longstanding ties to Texas and the Eastern District. In 1987, Mr. Beyer founded Advanced Programming Concepts, an Austin-based company focused on real-time tactical command and control systems. Advanced Programming Concepts was later acquired by Ultra Electronics, Inc. and is now the Advanced Tactical Systems unit of Ultra Electronics, Inc., which is still based in Austin, Texas.

16.    AGIS Software licenses its patent portfolio, including the Patents-in-Suit, to AGIS, Inc. AGIS, Inc. has marked its products accordingly. AGIS Software and all previous assignees of the Patents-in-Suit have complied with the requirements of 35 U.S.C. § 287(a). On information and belief, Defendant has known about and has been on notice of its infringement of AGIS

Software's patents, including the Patents-in-Suit, since at least the issuance date of the Patents-in-Suit.

17.     Defendant has infringed and continues to infringe the Patents-in-Suit by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States applications, products, and/or services that infringe the Patents-in-Suit. Such applications, products, and/or services include at least any and all variations and versions of Tyler Enterprise CAD, Enterprise Mobile, Public Safety, Fire & EMS Suite, Fire Response Enterprise Fire Mobile, Enterprise Fire Field Mobile, Enterprise Law Enforcement Mobile, Enterprise Law Enforcement Field Mobile, RapidSOS, and Carbyne (mobile applications, desktop/laptop software applications, web applications, mobile devices, terminals, and related servers and services), and any implementation of location sharing applications, products, and/or services (collectively, the "Accused Products").

18.     The Accused Products include functionalities to form and/or join networks or groups. The Accused Products include functionalities to display map information, including symbols corresponding with users, entities, and locations. The Accused Products include functionalities to share and view locations with other devices and/or users. The Accused Products include functionalities to display symbols corresponding to locations (including locations of other devices and/or users) on a map. The Accused Products include functionalities to communicate with other devices and/or users via text, voice, and/or multimedia-based communication. The Accused Products comprise the above and the following functionalities, based on the identified publicly-available resources, which directly map to the below-identified claims of the Patents-in-Suit.



## Improve Response Times and Easily Share Data for Fire Crews

With access to real-time data that is easily shareable, fire crews and first responders experience more efficient communication, real-time location tracking, improved response times, and safer communities using Enterprise CAD.

**Explore Fire Response**

https://www.tylertech.com/solutions/courts-public-safety/public-safety/fire-ems

## Send Smarter, Safer Responses

With in-depth response plans and access to feature-rich incident, location, and personnel data, fire departments using Tyler's Enterprise CAD, Enterprise Mobile, and Enterprise Fire Field Mobile solutions keep crews safe. Known for enhancing response times and equipping 911 call centers with the most reliable CAD system on the market, Enterprise CAD is the go-to dispatch solution for public safety agencies throughout the United States.

- ✓ Esri-powered mapping for dynamic ETAs based on travel time, road systems, routing factors, and more
- ✓ Automatic vehicle location (AVL) and proximity dispatching capabilities
- ✓ Unlimited fire response capabilities and recommendations
- ✓ Real-time views of all activities for all crew members
- ✓ Spoken commands for hands-free functionality
- ✓ Immediate access to incident summary reports, alerts, real-time information, and incident narrative

https://www.tylertech.com/solutions/courts-public-safety/public-safety/fire-ems/fire-response-solutions



## Enhance Response Times With Enterprise CAD

**Enterprise CAD** provides telecommunicators and crews with real-time access to data and powerful mapping capabilities, allowing for unparalleled situational awareness.

With unlimited agency-driven response plans built into a department's CAD system, telecommunicators can rest assured knowing they're sending the best response every time.

https://www.tylertech.com/solutions/courts-public-safety/public-safety/fire-ems/fire-response-solutions

### Access CAD Data in Transit With Enterprise Fire Mobile

Fire crews need access to CAD data from the moment they're dispatched to a call for service.

With **Enterprise Fire Mobile**, crews have access to CAD via laptop or tablet, which provides them with real-time views of all activities, turn-by-turn driving directions, hydrant location information, and access to pre-plans and building information.



https://www.tylertech.com/solutions/courts-public-safety/public-safety/fire-ems/fire-response-solutions



### Keep Crews Connected Via Smartphone or Tablet

**Enterprise Fire Field Mobile** extends information from CAD to fire crews and offers insight into an emergency from the moment crews suit up to head out to the call.

Incident commanders, engineers, and even the battalion chief driving separately to the scene can access live CAD data directly from the app.

This information includes call location and type, routing details, real-time call narratives and secure messaging, and spoken commands for hands-free functionality.

https://www.tylertech.com/solutions/courts-public-safety/public-safety/fire-ems/fire-response-solutions



## Fire Response:
### Arrive Safer and Better Prepared

While fire crews and first responders are committed to keeping community members safe, it's also important that fire departments have access to tools that keep these individuals safe while they're on the job.

With in-depth response plans and access to feature-rich incident, location, and personnel data, fire departments using Tyler's Enterprise CAD, Enterprise Fire Mobile, and Enterprise Fire Field Mobile solutions keep crews safe.

### Enterprise CAD for Dispatch

Known for enhancing response times and equipping 911 call centers with the most reliable computer aided dispatch (CAD) system on the market, Enterprise CAD is the go-to dispatch solution for public safety agencies throughout the United States.

Call takers and dispatchers have real-time access to data and powerful mapping capabilities, so the best response is always possible with Enterprise CAD. This tool features:

1. Geo-verified address capabilities
2. Continuously updated ETA data
3. Automatic vehicle location (AVL) and proximity dispatching capabilities
4. Unlimited fire response capabilities and recommendations
5. Easily accessible, managed, and shared data

Plus, with Enterprise CAD's integration with RapidSOS and Carbyne, dispatchers receive the most accurate location information available along with video-sharing capabilities. This functionality provides dispatchers with more context to the emergency at hand and helps better equip fire crews with the details they need to respond effectively.

With Enterprise CAD, dispatchers have:

1. Clear, concise real-time information
2. Agency-defined response plans
3. Paging and toning alerts
4. Esri-powered mapping for dynamic ETAs based on travel time, road systems, and routing factors
5. Access to external data services including traffic cameras, sensors, and alarms

https://www.tylertech.com/DesktopModules/EasyDNNNews/DocumentDownload.ashx?portalid=0&moduleid=13937&articleid=19111&documentid=1510

### Enterprise Fire Field Mobile for Smartphones and Tablets

With Enterprise Fire Field Mobile, fire crews experience:

1. Immediate access to incident summary reports, alerts, real-time information, and incident narrative
2. View of map layers, GIS data, pre-plans, fire hydrant locations, and on-site hazards
3. Instant access to role-based and mission-critical data

In addition, fire crews can use Enterprise Fire Field Mobile to self-dispatch to an active call using a smartphone or tablet.



**Enterprise Fire Mobile**

An in-unit mobile solution that provides access to call information and critical functionality like mobile messaging, silent dispatching, automatic vehicle location (AVL) capabilities, turn-by-turn driving directions, access to hydrant locations and pre-plans, and more via mobile data terminal (MDT).



**Enterprise Fire Field Mobile**

A mobile app for smartphones and tablets that extends access to mission-critical data into the field via any smart device.

https://www.tylertech.com/DesktopModules/EasyDNNNews/DocumentDownload.ashx?portalid=0&moduleid=13937&articleid=19111&documentid=1510

Enterprise Fire Field Mobile extends information from CAD to fire crews and offers insight into an emergency from the moment crews suit up to head out to the call. Incident commanders, engineers, and even the battalion chief driving separately to the scene can access live CAD data directly from the app.

This information includes:

1. Call location and call type
2. Routing information
3. Access to pre-plan information
4. Updated, real-time call narratives and secure messaging
5. Spoken commands for hands-free functionality



Fire crews can access pre-plans while on the go to improve situational awareness.

https://www.tylertech.com/DesktopModules/EasyDNNNews/DocumentDownload.ashx?portalid=0&moduleid=13937&articleid=19111&documentid=1510

With the majority of fire crews in the U.S. being volunteers, Enterprise Fire Field Mobile helps bridge the communication gap between dispatchers and these volunteers by making CAD data more accessible through a mobile app versus a ruggedized mobile data terminal (MDT). This mobile app reduces the need for radio transmissions and empowers fire crews with unprecedented access to information.



From mapping a route to efficient documentation, Enterprise Fire Field Mobile provides mission-critical information anytime, anywhere.

https://www.tylertech.com/DesktopModules/EasyDNNNews/DocumentDownload.ashx?portalid=0&moduleid=13937&articleid=19111&documentid=1510



See active calls, unit location, real-time maps, and other CAD information

Instant access to mission-critical information via smartphone or tablet

## Overview

Help fire crews stay informed in transit and on the scene of an incident with Enterprise Fire Field Mobile from Tyler Technologies. This mobile app extends real-time computer aided dispatch (CAD) information and communications beyond mobile data terminals (MDTs), putting it directly into the hands of crews via smartphone or tablet.

EMS crews, firefighters (including volunteers), incident commanders, engineers, and even battalion chiefs heading to the scene of an incident can access call type and location, the best route to get to the call, people and location alerts, and pre-plan information. The portability ensures crews have instant access to information during all stages of the response.

Because the app works on smartphones and tablets, there's no need for additional hardware. Plus, the interface is intuitive and works like users expect it to, so crews spend less time learning how to use it and more time focusing on the job at hand.

https://www.tylertech.com/DesktopModules/EasyDNNNews/DocumentDownload.ashx?portalid=0&moduleid=13937&articleid=13803&documentid=963



## Formulate a Plan of Action Before Arrival

Enterprise Fire Field Mobile helps fire crews develop a plan of action en route so when they arrive on the scene of an incident, they're ready to take action.

When heading out to a call, crews can use their existing ESRI® maps from Enterprise CAD to view custom map layers and GIS data. This ensures that the geo-verification of addresses and routes are correct and contain the most up-to-date routing information for turn-by-turn directions. Users can also add a secondary stop to their route, like a hospital.

Telecommunicators and command staff can view the same map as crews in the field, which aids in communication and accuracy. When the map is zoomed out, users can see groups showing the number of units in one area, providing a snapshot of where units are concentrated.

Because the app works with Tyler's entire suite of fire and EMS solutions, users can access pre-plans and alerts while en route. With street views built into the app, users can also see the building or structure involved in a call for service along with the surrounding area. This makes it easy to spot the building they are looking for and allows users to see where doors, windows, and other points of entry may be before arriving on scene.

https://www.tylertech.com/DesktopModules/EasyDNNNews/DocumentDownload.ashx?portalid=0&moduleid=13937&articleid=13803&documentid=963

## Rely Less on Radio Communications

With secure in-app messaging available to everyone involved in the response, including command staff, all crew members in any location, and telecommunicators, crews can communicate without having to switch between applications or rely solely on radio communications.

Enterprise Fire Field Mobile can read text to users, including real-time call narratives, and understands spoken commands, so users remain hands-free without sacrificing communication.

Units in the field can change their status with the click of a button or utilize automatic status changes upon arriving at the scene of an incident or back at the station. Plus, personnel have access to call information, call narratives, person and location alerts, and other call details, so they can access it independently anytime, anywhere.



Self-change unit status with one click from most screens, or configure the app to automatically change unit status based on location



Securely chat with other members of the crew and users in the system, including telecommunicators



Get the fastest route to the scene with turn-by-turn directions

https://www.tylertech.com/DesktopModules/EasyDNNNews/DocumentDownload.ashx?portalid=0&moduleid=13937&articleid=13803&documentid=963

**Command staff benefit from:**

- Improved awareness of all units and personnel
  - See real-time positioning of all users and vehicles.
- Less noise, more focus
  - Use role-based and status-based views to customize what you see and when you see it, filter out the noise, and focus on key details throughout the different stages of a call.
- Less reliance on email or radio communications
  - Receive push notifications for status changes, in-app messaging, and more.

**Telecommunicators benefit from:**

- Less reliance on radio communications
  - View unit statuses and securely chat with responders in the field and other users in the system.
- Improved situational awareness
  - See where all units and personnel are located — even when away from their vehicle — and see the number of units in one area when a map is zoomed out.
- Recurring reminders
  - Receive regular notifications to check in with personnel on scene, so dispatchers have one less thing to keep track of.
- More informed crews
  - Responders in the field can see call updates and narratives, pre-plans, and other call information in-app without having to radio back.

**Fire and EMS crews benefit from:**

- Improved ability to plan ahead en route to an incident
  - Get turn-by-turn directions to an incident, see pre-plans and street views to understand building layouts and entry points, and chat with dispatchers and other crew members without the need to switch applications.
- Access to mission-critical data en route and on the scene of an incident
  - View call type and location, call narrative, people and location alerts, pre-plan information, and other CAD data for the most informed response.
- Less reliance on radio communications
  - Securely chat with other members of the crew and users in the system, including dispatchers, and view any call or narrative updates in-app.
- Improved safety
  - Dispatchers, command staff, and other crew members can see where all units and personnel are located — even when away from their vehicle — and send a system-wide emergency alert when in need of backup.
- Intuitive, time-saving features
  - Features like automatic unit status changes upon arriving on scene and hands-free communication with voice commands and text-to-speech free up responders to focus on the task at hand.

https://www.tylertech.com/DesktopModules/EasyDNNNews/DocumentDownload.ashx?portalid
=0&moduleid=13937&articleid=13803&documentid=963



https://www.tylertech.com/DesktopModules/EasyDNNNews/DocumentDownload.ashx?portalid
=0&moduleid=13937&articleid=13803&documentid=963

**Enhancing Call Taking With Live Video**

Telecommunicators can get a first-hand look at the scene by receiving live video calls. Through a partnership with Carbyne, a leading provider of public safety communications, Carbyne's Emergency Communication as a Service (eCaaS) technology integrates with Enterprise CAD, standardizing video calls and providing dispatchers with live, actionable data leading to more efficient and transparent operations.

With this integration, callers receive a link from the telecommunicator they're speaking with, which allows the callers to opt into the live video sharing. Adding video to calls for service can help 911 centers ensure rescue responses are what's needed most for the emergency at hand.

In addition, Tyler clients also benefit from Carbyne's Responder Connect functionality, which allows first responders to receive a direct video view of the incident via a mobile device. With Responder Connect, agencies can:

- Respond faster

- Provide an effortless experience for the caller

- Improve first responder safety

- Increase situational awareness for responders in the field

https://www.tylertech.com/DesktopModules/EasyDNNNews/DocumentDownload.ashx?portalid=0&moduleid=13937&articleid=530&documentid=1398

**Improving Safety and Awareness With Robust Data Access and Mapping**

Accessing, inputting, and sharing data without delay is easy with Enterprise CAD. Real-time information is shared instantly, so first responders receive alerts while en route or on the scene that could impact safety.

Built-in automatic vehicle location (AVL) functionality helps telecommunicators and first responders see where all units are located in the field. This improves situational awareness and helps dispatchers send the best response to an emergency instantly.

Tyler partners with Esri to deliver the industry-leading GIS capabilities to first responders. With this mapping technology, dispatchers can quickly and easily route units to the scene by going through instant calculations that factor in vehicle size and weight along with pertinent road or bridge factors. This means first responders avoid potential road hazards, and call takers provide accurate estimated time of arrival (ETA) data.

With these capabilities, telecommunicators can remove manual processes and improve response times.

## Real-Time Access to Critical Information With Mobile CAD

Easy access to real-time CAD data in the field is critical for a fast and efficient response. With **Enterprise Law Enforcement Mobile** and **Enterprise Fire Mobile**, this expectation is taken to the next level for first responders, dispatchers, and civilian staff.

Tyler's mobile solutions were designed for a mobile workflow. As reports are created, before they are even officially submitted, they are synced and available in an agency's records management system.

**This workflow helps:**

- Officers **stay ahead of information** when interacting with an individual in any situation with alerts from Enterprise Mobile — even if the individual is involved in a pending report

- **Increase the accessibility** of vital information no matter how the system is queried

- Records staff see information entered from the field as it happens and **keep better track of evidence**

https://www.tylertech.com/DesktopModules/EasyDNNNews/DocumentDownload.ashx?portalid=0&moduleid=13937&articleid=530&documentid=1398

### Improve Situational Awareness With Geofencing Capabilities

When an officer is assigned to a call for service and the status of his or her patrol unit is en route, with geofencing, the status will automatically change to 'at the scene' once the patrol unit is within 200 feet of the address. This prevents officers from taking their eyes off the road and updating their status.

**Geofencing also assists first responders with alerts that can:**

- **Notify units** when they get within 500 feet of one another or enter known gang territory
  - ◎ Undercover units benefit from this capability as it alerts other officers to their situation and keeps vital information off the radio.

- **Determine offense type** for accurate documentation in citations or arrests
  - ◎ In an instance where an officer makes a traffic stop and discovers an additional violation during the stop — perhaps the discovery of narcotics — geofencing can be configured to notify the officer if he or she is in an area where the offense type is more severe (such as if the driver is in a school zone). This is based on the radial proximity drawn around the area.

- **Provide instant critical data**, including premise history, prior incidents, and known hazards, helping fire and EMS responders know to wait for law enforcement in certain circumstances.
  - ◎ NCIC critical alerts also improve safety by automatically alerting other units when an officer is dealing with a wanted or known felon.



*Telecommunicators can view real-time location of all units on a map, allowing them to send the nearest unit to the scene of an emergency.*

https://www.tylertech.com/DesktopModules/EasyDNNNews/DocumentDownload.ashx?portalid=0&moduleid=13937&articleid=530&documentid=1398

## Instant Access to CAD Data Anytime, Anywhere

With constant access to real-time CAD data from any location, officers and command staff experience improved safety and efficiency with Enterprise Law Enforcement Field Mobile. This mobile app is available via smartphone, smartwatch, or tablet, and integrates with Tyler's dispatch and records management solutions to improve mobile operations for first responders in the field.

- ✓ Esri-powered mapping and street view
- ✓ Receive dispatches and self-dispatch to call for service
- ✓ Stay connected anywhere and in any situation

- ✓ Track officers, detectives, and school resource officers without an MDT
- ✓ Scan driver's licenses in the field
- ✓ Multi-device registration shows GPS location of smart devices

https://www.tylertech.com/products/enterprise-public-safety/enterprise-law-enforcement-field-mobile



### The Mobile Operations App Designed for Law Enforcement

Patrol officers, command staff, and dispatch personnel work together, but have different needs. While the primary needs are to keep the community safe, stay safe on the scene, and always have easy access to vital information, what is done with that information varies. Enterprise Law Enforcement Field Mobile helps keep everyone connected:

- Officers receive immediate updates about an incident or call for service.
- Officers can request information or back up without returning to the patrol car
- Command staff can view real-time positioning of all units and officers from any location.
- Command staff can receive push notifications or alerts, reducing the need to constantly monitor email or radio channels.
- Dispatchers and CAD administrators can focus on critical activities that extend beyond fulfilling information requests.

https://www.tylertech.com/products/enterprise-public-safety/enterprise-law-enforcement-field-mobile

# Improve Situational Awareness for Emergency Responders

Enterprise CAD is designed to streamline dispatch activity and increase situational awareness across all disciplines for law enforcement, fire, and EMS.

This system provides an integrated workflow that maximizes efficiency by giving call takers access to all data in one place. Telecommunicators can reference alerts, building/business information, locations, vehicles, weapons, pre-plans, and more from a single screen. With this functionality, users minimize the need to function outside of their CAD environment as Enterprise CAD natively integrates with Enterprise Law Enforcement Records and Enterprise Law Enforcement Mobile.

This solution also integrates with smart devices such as tablets and smartphones, so emergency response teams can stay connected to dispatch information that can be accessed virtually anywhere.

From the moment the call comes in, Enterprise CAD helps even the most complex, high-volume, multi-agency dispatch centers accelerate response time with advanced features that put critical information at telecommunicators' fingertips.

Enterprise CAD's industry-leading recommendation engine serves up appropriate response plans to help streamline decision-making even further. Tyler works with each agency to set up and configure response plans in the CAD system, so they'll be operational the moment the system goes online.

https://www.tylertech.com/DesktopModules/EasyDNNNews/DocumentDownload.ashx?portalid=0&moduleid=13937&articleid=13792&documentid=956

Tyler offers additional services to assist in updating response plans as they evolve. Tyler is focused on helping clients capitalize on enhanced configuration settings, allowing telecommunicators to concentrate on what's most important — the emergency on the other end of the line.

### Enterprise CAD dispatch features include:

- Direct integration with text-to-911, RapidSOS, and ASAP®
- Embedded Esri GIS for advanced mapping capabilities
- Automatic Vehicle Location (AVL) capabilities to provide real-time location of available units, and traffic and weather data if applicable
- Offline support to manage call data in a disconnected environment
- Configurable command lines and function keys that save time and keystrokes

- Defined questionnaires to rapidly collect critical information using ProQA Paramount/APCO Intellicom/Powerphone
- E-911 and Phase II wireless call support
- Leveraging shared data with automated NCIC and state queries
- Integrated shift management solution, including integration with TeleStaff™ automated scheduling solution interface
- Video sharing capabilities between caller and dispatcher with Carbyne partnership
- Dark theme option available for CAD interface

https://www.tylertech.com/DesktopModules/EasyDNNNews/DocumentDownload.ashx?portalid=0&moduleid=13937&articleid=13792&documentid=956

# Monitor Situations and Track Responses With Integrated Esri Mapping

Tyler's unique development partnership with Esri allows Enterprise CAD to deliver industry-leading GIS integration and unit recommendations to first responders. These NG911-compliant GIS features provide for better routing that factors in travel time, one-ways, height and weight restrictions, turn delays, fractional house numbers, multi-addressable locations, and rural addresses.

With AVL, telecommunicators can track all devices (such as tablets, smartphones, and radios) and units in real time and respond instantly when a unit calls for backup. Since Enterprise CAD leverages existing local Esri map data and the latest technology, CAD maps are easy to maintain and update.

Dispatchers can also set up geofencing on the Esri map to receive notifications when units or apparatus leave that area and track this information, using it to make data-driven decisions. Telecommunicators can use real-time location information to keep track of who's approaching the call for service or if a unit is leaving the jurisdiction. Dispatch efficiency can be increased even further by setting geofences to make automatic updates to unit status when a unit arrives or leaves the designated area.

Integrated mapping capabilities allow agencies to identify and dispatch the best and most appropriate units to the call for service.



Utilize built-in geofencing capabilities to create and leverage location-based rules and enhance dispatching and call-taking activities.

https://www.tylertech.com/DesktopModules/EasyDNNNews/DocumentDownload.ashx?portalid=0&moduleid=13937&articleid=13792&documentid=956

# Enhance Call Taking and Emergency Responses With Live Video

Integrated live video messaging in Enterprise CAD enables telecommunicators to receive real-time information to send the most effective response. In emergency situations, having access to visual information can mean the difference between life and death. Through Tyler's partnership with Carbyne, Emergency Communications as a Service (eCaaS) technology is integrated into Enterprise CAD.

Callers receive a text message from telecommunicators, allowing the caller to send the incoming video message to dispatch. Receiving video enables telecommunicators to view the emergency situation, resulting in the ability to transfer the live video stream to the most appropriate person to provide the best response.

For instance, a live video of a fire would be sent to the incident commander and a video stream involving a standoff would be relayed to command staff within law enforcement. With Carbyne's Responder Connect functionality, first responders can receive and view incoming live stream video of an incident via a mobile device.

Because this process starts within an emergency communications center, the software was designed to allow telecommunicators to view the live video stream if they feel comfortable, or pass it along directly to the responding personnel including all recorded footage from the moment the caller shares. The integrated eCaaS technology is licensed by seat, allowing centers to enable the functionality for as many or as few telecommunicators as they desire.

These capabilities provide invaluable visual data in real-time, allowing telecommunicators to assess situations more accurately and dispatch help more efficiently. In addition, officers can improve the accuracy of emergency responses, manage incidents, and enhance outcomes, while increasing their situational awareness and safety.

Being able to receive video messages as a first responder enhances situational awareness, enabling quicker decision-making and more precise resource allocation.



Telecommunicators can access everything they need on one screen, allowing them to manage incoming calls along with live streaming video easily.

https://www.tylertech.com/DesktopModules/EasyDNNNews/DocumentDownload.ashx?portalid=0&moduleid=13937&articleid=13792&documentid=956

19.    Defendant directly and/or indirectly intentionally instructs its customers to infringe the Patents-in-Suit through training videos, demonstrations, brochures, installations, and/or user guides, such as those located at the above-identified resources or one or more of the following publicly-available resources: https://www.tylertech.com/resources#numberOfResults=9; https://www.tylertech.com/resources/resource-downloads/flyer-connect-the-field-and-office-

with-new-world-shieldforce;

https://www.tylertech.com/resources#numberOfResults=9&f:@mrc_subsolution=[Solutions,Pub
lic%20Safety].

## COUNT I
### (Infringement of the '251 Patent)

20.    Paragraphs 1 through 19 are incorporated herein by reference as if fully set forth in
their entireties.

21.    AGIS Software has not licensed or otherwise authorized Defendant to use and/or
manufacture any Accused Products and/or products that embody the inventions of the '251 Patent.

22.    Defendant has and continues to directly infringe at least Claim 24 of the '251
Patent, either literally or under the doctrine of equivalents, by making, using, selling, offering for
sale, distributing, exporting from, and/or importing into the United States the Accused Products
without authority and in violation of 35 U.S.C. § 271(a).

23.    Defendant has and continues to indirectly infringe at least Claim 24 of the '251
Patent by actively, knowingly, and intentionally inducing others to directly infringe, either literally
or under the doctrine of equivalents, by making, using, selling, offering for sale, distributing,
exporting from, and/or importing into the United States the Accused Products and by instructing
users of the Accused Products to perform methods claimed in the '251 Patent. For example,
Defendant, with knowledge that the Accused Products infringe the '251 Patent at least as of the
date of this Complaint, actively, knowingly, and intentionally induced, and continues to knowingly
and intentionally induce direct infringement of the '251 Patent in violation of 35 U.S.C. § 271(b).
Alternatively, Defendant believed there was a high probability that others would infringe the '251
Patent but remained willfully blind to the infringing nature of others' actions.

24.     For example, Defendant has indirectly infringed and continues to indirectly infringe at least Claim 24 of the '251 Patent in the United States because Defendant's customers use the Accused Products, including at least the Accused Products of applications, products, and/or services, alone or in conjunction with additional Accused Products, in accordance with Defendant's instructions and thereby infringe at least Claim 24 of the '251 Patent in violation of 35 U.S.C. § 271. Defendant directly and/or indirectly intentionally instructs its customers to infringe through training videos, demonstrations, brochures, installations, and/or user guides, such as those located at one or more of the publicly-available resources identified herein. Defendant is thereby liable for infringement of the '251 Patent under 35 U.S.C. § 271(b). Alternatively, Defendant believed there was a high probability that others would infringe the '251 Patent but remained willfully blind to the infringing nature of others' actions.

25.     For example, Defendant directly infringes and/or indirectly infringes by a system comprising: a first device programmed to perform operations comprising: receiving a message from a second device, wherein the message relates to joining a group; based on receiving the message from the second device, participating in the group, wherein participating in the group includes sending first location information to a server and receiving second location information from the server, the first location information comprising a location of the first device, the second location information comprising a plurality of locations of a respective plurality of second devices included in the group; presenting, via an interactive display of the first device, a first interactive, georeferenced map and a plurality of user-selectable symbols corresponding to the plurality of second devices, wherein the symbols are positioned on the first georeferenced map at respective positions corresponding to the locations of the second devices, and wherein the first georeferenced map includes data relating positions on the first georeferenced map to spatial coordinates; sending,

from the first device to the server, a request for a second georeferenced map different from the first georeferenced map, wherein the request specifies a map location; receiving, from the server, the second georeferenced map, wherein the second georeferenced map includes the requested location and data relating positions on the second georeferenced map to spatial coordinates; presenting, via the interactive display of the first device, the second georeferenced map and the plurality of user-selectable symbols corresponding to the plurality of second devices, wherein the symbols are positioned on the second georeferenced map at respective positions corresponding to the locations of the second devices; and identifying user interaction with the interactive display selecting one or more of the user-selectable symbols corresponding to one or more of the second devices and positioned on the second georeferenced map and user interaction with the display specifying an action and, based thereon, using an Internet Protocol to send data to the one or more second devices via the server, wherein the first device does not have access to respective Internet Protocol addresses of the second devices.

26.     For example, on information and belief, and based on the publicly-available resources identified herein, the Accused Products are configured and/or programmed at least to allow devices and/or users to share their locations and view other devices' and/or users' locations on a map and to communicate with those devices and/or users via the Accused Products; to allow devices and/or users to establish groups and to exchange messages via interaction with servers and relevant services; to allow devices and/or users to retrieve map information from multiple sources; to receive messages from other devices and/or users where those messages relate to joining groups; to facilitate participation in the group by communicating with a server and sending to and receiving location information; to present location information on interactive displays on the Accused Products which include interactive maps and a plurality of user selectable symbols corresponding

to other devices and/or users; to place symbols on the map at positions corresponding to the locations of the other devices and/or users; to permit devices and/or users to request and display additional maps by, for example, moving the map screen and/or by selecting different types of maps; and to permit interaction with the display where a device and/or user may select one or more symbols; and to permit data to be sent to other devices and/or users based on that interaction.

27.    AGIS Software has suffered damages as a result of Defendant's direct and indirect infringement of the '251 Patent in an amount to be proved at trial.

28.    AGIS Software has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '251 Patent for which there is no adequate remedy at law unless Defendant's infringement is enjoined by this Court.

## <u>COUNT II</u>
### (Infringement of the '838 Patent)

29.    Paragraphs 1 through 19 are incorporated herein by reference as if fully set forth in their entireties.

30.    AGIS Software has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, distribute, export from, or import any products that embody the inventions of the '838 Patent.

31.    Defendant has and continues to directly infringe at least Claim 54 of the '838 Patent, either literally or under the doctrine of equivalents, by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States the Accused Products without authority and in violation of 35 U.S.C. § 271(a).

32.    Defendant has and continues to indirectly infringe at least Claim 54 of the '838 Patent by actively, knowingly, and intentionally inducing others to directly infringe, either literally or under the doctrine of equivalents, by making, using, selling, offering for sale, distributing,

exporting from, and/or importing into the United States the Accused Products and by instructing users of the Accused Products to perform methods claimed in the '838 Patent. For example, Defendant, with knowledge that the Accused Products infringe the '838 Patent at least as of the date of this Complaint, actively, knowingly, and intentionally induced, and continues to actively, knowingly, and intentionally induce direct infringement of the '838 Patent.

33.     For example, Defendant has indirectly infringed and continues to indirectly infringe at least Claim 54 of the '838 Patent in the United States because Defendant's customers use the Accused Products, including at least the Accused Products Application and/or services, alone or in conjunction with additional Accused Products, in accordance with Defendant's instructions and thereby directly infringe at least one claim of the '838 Patent in violation of 35 U.S.C. § 271. Defendant directly and/or indirectly intentionally instructs its customers to infringe through training videos, demonstrations, brochures, installations, and/or user guides, such as those located at one or more of the resources identified herein. Defendant is thereby liable for infringement of the '838 Patent under 35 U.S.C. § 271(b).

34.     For example, Defendant directly infringes and/or indirectly infringes by a system comprising: a first device programmed to perform operations comprising: joining a communication network corresponding to a group, wherein joining the communication network comprises transmitting a message including an identifier corresponding to the group; participating in the group, wherein participating in the group includes sending first location information to a first server and receiving second location information from the first server, the first location information comprising a location of the first device, the second location information comprising one or more locations of one or more respective second devices included in the group; presenting, via an interactive display of the first device, a first interactive, georeferenced map and a first set

of one or more user-selectable symbols corresponding to a first set of one or more of the second devices, wherein the first set of symbols are positioned on the first georeferenced map at respective positions corresponding to the locations of the first set of second devices, and wherein first georeferenced map data relate positions on the first georeferenced map to spatial coordinates; sending, to a second server, a request for second georeferenced map data different from the first georeferenced map data; receiving, from the second server, the second georeferenced map data; presenting, via the interactive display of the first device, a second georeferenced map and a second set of one or more user-selectable symbols corresponding to a second set of one or more of the second devices, wherein the second set of symbols are positioned on the second georeferenced map at respective positions corresponding to the locations of the second set of second devices, and wherein the second georeferenced map data relate positions on the second georeferenced map to spatial coordinates; and identifying user interaction with the interactive display selecting one or more of the second set of user-selectable symbols corresponding to one or more of the second devices and positioned on the second georeferenced map and user interaction with the display specifying an action and, based thereon, sending third data to the selected one or more second devices via the first server.

35.    For example, on information and belief, and based on the publicly-available resources identified herein, the Accused Products are configured and/or programmed at least to allow devices and/or users to share their locations and view other devices' and/or users' locations on a map and to communicate with those devices and/or users via the Accused Products; to allow devices and/or users to establish groups and to exchange messages via interaction with servers and other relevant services; to allow devices and/or users to retrieve map information from multiple sources, including different types of maps; to receive messages from other devices and/or users

where those messages relate to joining groups; to facilitate participation in a group by communicating with a server and sending to and receiving location information; to present location information on interactive displays on the exemplary Accused Products which include interactive maps and a plurality of user selectable symbols corresponding to other devices and/or users; to place symbols on a map at positions corresponding to the locations of the other devices and/or users; to permit devices and/or users to request and display additional maps by, for example, moving the map screen and/or by selecting satellite image maps; to permit interaction with the display where a device and/or user may select one or more symbols; and to permit data to be sent to other devices and/or users based on an interaction.

36.    AGIS Software has suffered damages as a result of Defendant's direct and indirect infringement of the '838 Patent in an amount to be proved at trial.

37.    AGIS Software has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '838 Patent for which there is no adequate remedy at law unless Defendant's infringement is enjoined by this Court.

## <u>COUNT III</u>
### (Infringement of the '123 Patent)

38.    Paragraphs 1 through 19 are incorporated herein by reference as if fully set forth in their entireties.

39.    AGIS Software has not licensed or otherwise authorized Defendant to use or manufacture any products that embody the inventions of the '123 Patent.

40.    Defendant has and continues to directly infringe at least Claim 23 of the '123 Patent, either literally or under the doctrine of equivalents, by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States the Accused Products without authority and in violation of 35 U.S.C. § 271(a).

41.     Defendant has and continues to indirectly infringe at least Claim 23 of the '123 Patent by actively, knowingly, and intentionally inducing others to directly infringe, either literally or under the doctrine of equivalents, by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States the Accused Products and by instructing users of the Accused Products to perform methods claimed in the '123 Patent. For example, Defendant, with knowledge that the Accused Products infringe the '123 Patent at least as of the date of this Complaint, actively, knowingly, and intentionally induced, and continues to knowingly and intentionally induce direct infringement of the '123 Patent in violation of 35 U.S.C. § 271(b). Alternatively, Defendant believed there was a high probability that others would infringe the '123 Patent but remained willfully blind to the infringing nature of others' actions.

42.     For example, Defendant has indirectly infringed and continues to indirectly infringe at least Claim 23 of the '123 Patent in the United States because Defendant's customers use the Accused Products, including at least the Accused Products of applications, products, and/or services, alone or in conjunction with additional Accused Products, in accordance with Defendant's instructions and thereby infringe at least Claim 23 of the '123 Patent in violation of 35 U.S.C. § 271. Defendant directly and/or indirectly intentionally instructs its customers to infringe through training videos, demonstrations, brochures, installations, and/or user guides, such as those located at one or more of the publicly-available resources identified herein. Defendant is thereby liable for infringement of the '123 Patent under 35 U.S.C. § 271(b). Alternatively, Defendant believed there was a high probability that others would infringe the '123 Patent but remained willfully blind to the infringing nature of others' actions.

43.     Upon information and belief, Defendant directly infringes and/or indirectly infringes by a system comprising: a first device programmed to perform operations comprising:

receiving a message sent by a second device, wherein the message relates to joining a group; based on receipt of the message sent by the second device, sending first location information to a first server and receiving second location information from the first server, the first location information comprising a location of the first device, the second location information comprising one or more locations of one or more respective second devices included in the group; sending, from the first device to a second server, a request for georeferenced map data; receiving, from the second server, the georeferenced map data; presenting, via an interactive display of the first device, a georeferenced map and one or more user-selectable symbols corresponding to one or more of the second devices, wherein the symbols are positioned on the georeferenced map at respective positions corresponding to the locations of the second devices represented by the symbols, and wherein the georeferenced map data relate positions on the georeferenced map to spatial coordinates; and identifying user interaction with the interactive display selecting a particular user-selectable symbol corresponding to a particular second device and user interaction with the display specifying an action and, based thereon, using an Internet Protocol to send data to the particular second device, wherein identifying the user interaction selecting the particular user-selectable symbol comprises: detecting user selection of a portion of the interactive display corresponding to a position on the georeferenced map, and identifying the particular user-selectable symbol based, at least in part, on coordinates of the selected position, comprising: searching a set of symbols for a symbol located nearest to the coordinates of the selected position, wherein the set of symbols includes the user-selectable symbols corresponding to the second devices in the group, and wherein data associated with the set of symbols include coordinates of portions of the display corresponding to the symbols in the set, and based on a result of searching the set of symbols, identifying the particular user-selectable symbol as the symbol located nearest to the coordinates

of the selected position, wherein the particular user-selectable symbol corresponds to the particular second device.

44.    For example, on information and belief, and based on the publicly-available resources identified herein, the Accused Products are configured and/or programmed at least to allow devices and/or users to share their locations and view others' locations on a map and to communicate with those devices and/or users via the Accused Products; to allow devices and/or users to establish groups and to exchange messages via interaction with servers and other relevant services; to form and join groups by transmitting messages; to facilitate participation in the groups by communicating with one or more servers and sending to and receiving location information; to present location information on interactive displays on the Accused Products which include interactive maps and a plurality of user selectable symbols corresponding to other devices and/or users; to place symbols on the map at positions corresponding to the locations of the other devices and/or users; to permit devices and/or users to request and display additional maps from additional servers by, for example, moving the map screen and/or by selecting other types of maps; to permit interaction with the display, where devices and/or users may select one or more symbols; and to permit data to be sent to other devices and/or users based on an interaction.

45.    AGIS Software has suffered damages as a result of Defendant's direct and indirect infringement of the '123 Patent in an amount to be proved at trial.

46.    AGIS Software has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '123 Patent for which there is no adequate remedy at law unless Defendant's infringement is enjoined by this Court.

<u>**COUNT IV**</u>
**(Infringement of the '829 Patent)**

47.     Paragraphs 1 through 19 are incorporated herein by reference as if fully set forth in their entireties.

48.     AGIS Software has not licensed or otherwise authorized Defendant to make, use offer for sale, sell, distribute, export from, or import any products that embody the inventions of the '829 Patent.

49.     Defendant has and continues to directly infringe at least Claim 34 of the '829 Patent, either literally or under the doctrine of equivalents, by making, using, selling, offering for sale, distributing, exporting form, and/or importing into the United States the Accused Products without authority and in violation of 35 U.S.C. § 271(a).

50.     Defendant has and continues to indirectly infringe at least Claim 34 of the '829 Patent by actively, knowingly, and intentionally inducing others to directly infringe, either literally or under the doctrine of equivalents, by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States the Accused Products and by instructing users of the Accused Products to perform methods claimed in the '829 Patent. For example, Defendant, with knowledge that the Accused Products infringe the '829 Patent at least as of the date of this Complaint, actively, knowingly, and intentionally induced, and continues to knowingly and intentionally induce direct infringement of the '829 Patent in violation of 35 U.S.C. § 271(b). Alternatively, Defendant believed there was a high probability that others would infringe the '829 Patent but remained willfully blind to the infringing nature of others' actions.

51.     For example, Defendant has indirectly infringed and continues to indirectly infringe at least Claim 34 of the '829 Patent in the United States because Defendant's customers use the Accused Products, including at least the Accused Products of applications, products, and/or

services, alone or in conjunction with additional Accused Products, in accordance with Defendant's instructions and thereby infringe at least Claim 34 of the '829 Patent in violation of 35 U.S.C. § 271. Defendant directly and/or indirectly intentionally instructs its customers to infringe through training videos, demonstrations, brochures, installations, and/or user guides, such as those located at one or more of the publicly-available resources identified herein. Defendant is thereby liable for infringement of the '829 Patent under 35 U.S.C. § 271(b). Alternatively, Defendant believed there was a high probability that others would infringe the '829 Patent but remained willfully blind to the infringing nature of others' actions.

52.    For example, Defendant directly infringes and/or indirectly infringes by a system comprising: a second device programmed to perform operations comprising: receiving from a first device via a first server, a request to join a group, wherein the group includes the first device; sending, to the first server, an indication of acceptance of the request, wherein the first server is configured to join the first device to the group based on the acceptance of the request, and wherein joining the first device to the group comprises authorizing the first device to repeatedly share device location information and repeatedly engage in remote control operations with each device included in the group; sending a first message to the first server, wherein the first message comprises data identifying the first device and a request for a first updated location of the first device, and wherein the first server is configured to send a second message to the first device based on and in response to receiving the first message from the second device, wherein the second message comprises a request for the first updated location of the first device; after sending the first message, receiving, from the first server, a response to the first message, the response including first location information comprising the first updated location of the first device; receiving from a second server, georeferenced map data; presenting, via a display of the second device, a

georeferenced map based on the georeferenced map data and a symbol corresponding to the first device; wherein the symbol is positioned on the georeferenced map at a first position corresponding to the first updated location of the first device, and wherein the georeferenced map data relate positions on the georeferenced map to spatial coordinates; after receiving the first location information and the georeferenced map data, and after presenting the georeferenced map and the symbol positioned on the georeferenced map at the first position corresponding to the first updated location of the first device, receiving second location information comprising a second updated location of the first device from the first server, and using the server-provided georeferenced map data and the second location information to reposition the symbol on the georeferenced map at a second position corresponding to the second updated location of the first device; and identifying user interaction with the display specifying an action and, based thereon, sending, to the first server, a third message related to remotely controlling the first device to perform an action, wherein the first server is configured to send a fourth message to the first device based on receiving the third message from the second device, wherein the fourth message relates to remotely controlling the first device to perform the action, and wherein the first device is configured to perform the action based on receiving the fourth message. For example, the Accused Products include features, as shown below.

53.     For example, on information and belief, and based on the publicly-available resources identified herein, the Accused Products are configured and/or programmed at least to allow devices and/or users to share their locations and view others' locations on a map and to communicate with those devices and/or users via the Accused Products; to allow devices and/or users to establish groups and to exchange messages via interaction with servers and other relevant services; to form and join groups by transmitting messages; to facilitate participation in the groups

by communicating with one or more servers and sending to and receiving location information; to present location information on interactive displays on the exemplary Accused Products which include interactive maps and a plurality of user selectable symbols corresponding to other devices and/or users; to place symbols on the map at positions corresponding to the locations of the other devices and/or users; to permit devices and/or users to request and display additional maps from additional servers by, for example, moving the map screen and/or by selecting other types of maps; to permit interaction with the display, where a device and/or user may select one or more symbols; to permit data to be sent to other devices based on an interaction; and to cause an action by sending messages related to remote control.

54.    AGIS Software has suffered damages as a result of Defendant's direct and indirect infringement of the '829 Patent in an amount to be proved at trial.

55.    AGIS Software has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '829 Patent for which there is no adequate remedy at law unless Defendant's infringement is enjoined by this Court.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, AGIS Software prays for relief against Defendant as follows:

a.    Entry of judgment declaring that Defendant has directly and/or indirectly infringed one or more claims of each of the Patents-in-Suit;

b.    Entry of judgment declaring that Defendant's infringement of the Patents-in-Suit has been willful and deliberate;

c.      An order pursuant to 35 U.S.C. § 283 permanently enjoining Defendant, its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with it, from further acts of infringement of the Patents-in-Suit;

d.      An order awarding damages sufficient to compensate AGIS Software for Defendant's infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with interest and costs;

e.      An order awarding AGIS Software treble damages under 35 U.S.C. § 284 as a result of Defendant's willful and deliberate infringement of the Patents-in-Suit;

f.      Entry of judgment declaring that this case is exceptional and awarding AGIS Software its costs and reasonable attorney fees under 35 U.S.C. § 285; and

g.      Such other and further relief as the Court deems just and proper.

Dated:  September 16, 2025                    Respectfully submitted,

                                             _/s/ Alfred R. Fabricant_____
                                             Alfred R. Fabricant
                                             NY Bar No. 2219392
                                             Email: ffabricant@fabricantllp.com
                                             Peter Lambrianakos
                                             NY Bar No. 2894392
                                             Email:  plambrianakos@fabricantllp.com
                                             Vincent J. Rubino, III
                                             NY Bar No. 4557435
                                             Email:  vrubino@fabricantllp.com
                                             **FABRICANT LLP**
                                             411 Theodore Fremd Avenue,
                                             Suite 206 South
                                             Rye, New York 10580
                                             Telephone: (212) 257-5797
                                             Facsimile: (212) 257-5796

                                             Justin Kurt Truelove
                                             Texas Bar No. 24013653
                                             Email: kurt@truelovelawfirm.com
                                             **TRUELOVE LAW FIRM, PLLC**
                                             100 West Houston Street

Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

***ATTORNEYS FOR PLAINTIFF***
***AGIS SOFTWARE DEVELOPMENT LLC***