**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> TYLER TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 2:25-cv-00954-JRG |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that the undersigned attorney, Erik J. Halverson of K&L Gates LLP, enters his appearance as counsel on behalf of Defendant Tyler Technologies, Inc., and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter.

Dated: October 3, 2025

Respectfully submitted,

/s/ Erik J. Halverson
Erik J. Halverson
Bar No. 333492CA
**K&L GATES LLP**
Four Embarcadero, Suite 1200
San Francisco, CA 94111
Tel.: (415) 885-8238
erik.halverson@klgates.com

*Attorney for Defendant
Tyler Technologies, Inc.*

1

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on October 3, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

<u>/s/ Erik J. Halverson</u>
Erik J. Halverson