**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 2:25-cv-00954-JRG |

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Defendant Tyler Technologies, Inc. hereby states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: October 8, 2025

Respectfully submitted,

/s/ Erik J. Halverson
Erik J. Halverson
Bar No. 333492CA
**K&L GATES LLP**
Four Embarcadero, Suite 1200
San Francisco, CA 94111
Tel.: (415) 885-8238
erik.halverson@klgates.com

Jason A. Engel (*pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3100
Chicago, IL 60602
Tel.: (312) 807-4236
jason.engel@klgates.com

*Attorneys for Defendant*
*Tyler Technologies, Inc.*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 8, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Erik J. Halverson
Erik J. Halverson

2